# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

Clifford W. Taylor,
Chief Justice

135783

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SCOTT R. MOORE, Deceased, and JESSICA
DOUGLAS,
    Plaintiff-Appellant,

v

                SC: 135783
                COA: 274252
                WCAC: 02-000403
PRESTIGE PAINTING and CONTRUCTION
ASSOCIATION OF MICHIGAN,
     Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008

                Clerk

t0625